UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-61716-CIV-DIMITROULEAS/SNOW

**DANIEL MONCADA**,

    Plaintiff,

vs.

**LESLIE'S POOLMART, INC.,**
a foreign for-profit corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff DANIEL MONCADA and Defendant LESLIE'S POOLMART, INC., by and through their undersigned Counsel, hereby provide notice that the parties have reached a settlement in principle and will be executing a confidential settlement agreement resolving all claims and matters in the case.  Upon execution of a Confidential Settlement Agreement, the parties will file a Joint Stipulation for Dismissal with this Court.

By:  /s/ *Roderick V. Hannah*
    Roderick V. Hannah, Esq.
    Florida Bar No. 435384
    rhannah@rhanahlaw.com
    RODERICK V. HANAH, ESQ., P.A.
    8751 West Broward Boulevard, Suite 303
    Plantation, FL  33324
    Telephone :  (954) 362-3800

By :  /s/ *Pelayo M. Duran*
    Pelayo M. Duran, Esq.
    Florida Bar No. 146595
    pduran@pelayoduran.com
    LAW OFFICE OF PELAYO DURAN, P.A.
    4640 NW 7th Street
    Miami, FL  33126
    Telephone:  (305) 266-9780

    *Attorneys for Plaintiff*
    *DANIEL MONCADA*

By:  /s/ *Monica L. Irel*
    Monica L. Irel, Esq.
    Florida Bar No. 0142395
    monica.irel@dentons.com
    DENTONS US LP
    10700 North Kendall Drive
    Miami, FL  33176
    Telephone :  (305) 670-48430

    *Attorneys for Defendant*
    *LESLIE'S POOLMART, INC.*