UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61716-CIV-DIMITROULEAS/SNOW

DANIEL MONCADA,

     Plaintiff,

vs.

LESLIE'S POOLMART, INC.,
a foreign for-profit corporation,

     Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.  On August 29, 2017, this Court entered its initial order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 5].  On November 16, 2017, a Joint Notice of Settlement was filed. *See* [DE 12].  However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **December 5, 2017**, the parties shall either file the appropriate dismissal papers pursuant to Rule 41 of the Federal Rules of Civil Procedure or show cause why those papers have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of November, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record