## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

DANIEL MONCADA,

                     Plaintiff,

v.                                                                      Civil Action No. 0:17-CV-61716-WPD

LESLIE'S POOLMART, INC.,
A foreign for-profit corporation,

                 Defendants.

### JOINT RESPONSE TO ORDER TO SHOW CAUSE

Defendant Leslie's Poolmart, Inc.  and Plaintiff Daniel Moncada hereby respond to the Court's Order to Show Cause as follows:

On November 16, 2017, the parties advised this Court that they had reached an agreement to resolve this case.  Subsequently, a written agreement was negotiated, drafted and revised.  Due to the nature of the Plaintiff's claims, the agreement required specific terms relating to the parties' immediate and future obligations, all of which required discussion and negotiation.  The negotiation and drafting of the agreement was diligently pursued by the parties since the November 16 filing, although there was some delay caused by the intervening Thanksgiving holiday.

The parties now have a final version of the written agreement that it is being circulated for execution, and they expect that the agreement will be fully executed within seven (7) calendar days from today.

WHEREFORE, the parties request that the Court allow an additional seven (7) calendar days from today for the execution of the written agreement by the parties and their counsel, and

the filing of a stipulation of dismissal, such that the deadline for filing the dismissal will be

December 12, 2017.

Dated:  December 5, 2017                    Respectfuly Submitted

                                By:   /s/ Monica L. Irel
                                      Monica L. Irel, Esq.
                                      Dentons US LLP
                                      Capital Plaza
                                      10700 N. Kendall Dr. Suite 303
                                      Miami, Florida 33176
                                      Tel: (305) 670-4843
                                      Email: Monica.irel@dentons.com
                                      *Counsel for Defendant*

                                By:   /s/ Roderick V. Hannah, Esq.
                                      Roderick V. Hannah, Esq.
                                      **Roderick V. Hannah, Esq. PA**
                                      Email:  rhannah@rhannahlaw.com
                                      8751 West Broward Boulevard
                                      Suite 303
                                      Plantation, FL 33324
                                      Tel.:  (954) 362-3800
                                      Fax:  (954) 362-3779
                                      *Attorneys for Plaintiff*

105910581\V-2

-2-