UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61716-CIV-DIMITROULEAS/SNOW

**DANIEL MONCADA**,

    Plaintiff,

vs.

**LESLIE'S POOLMART, INC.,**
a foreign for-profit corporation,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made and each party to bear its or their own fees and costs.

By: /s/ *Roderick V. Hannah*
    Roderick V. Hannah, Esq.
    Florida Bar No. 435384
    rhannah@rhanahlaw.com
    RODERICK V. HANAH, ESQ., P.A.
    8751 West Broward Boulevard
    Suite 303
    Plantation, FL  33324
    Telephone :  (954) 362-3800

By: /s/ *Monica L. Irel*
    Monica L. Irel, Esq.
    Florida Bar No. 0142395
    monica.irel@dentons.com
    DENTONS US LP
    10700 North Kendall Drive
    Suite 303
    Miami, FL  33176
    Telephone :  (305) 670-48430

By : /s/ *Pelayo M. Duran*
    Pelayo M. Duran, Esq.
    Florida Bar No. 146595
    pduran@pelayoduran.com
    LAW OFFICE OF PELAYO DURAN, P.A.
    4640 NW 7th Street
    Miami, FL  33126
    Telephone:  (305) 266-9780

    *Attorneys for Plaintiff*
    *DANIEL MONCADA*

*Attorneys for Defendant*
*LESLIE'S POOLMART, INC.*