UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61716-CIV-DIMITROULEAS/SNOW

DANIEL MONCADA,

    Plaintiff,

vs.

LESLIE'S POOLMART, INC.,
a foreign for-profit corporation,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the Joint Stipulation for Dismissal with Prejudice [DE 15], and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED WITH PREJUDICE**

2. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of December, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record